**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Roxanne GONE, aka; Roxanne Blue
Horse, Defendant—Appellant.**

No. 05–30085.

D.C. No. CR–04–00067–SEH.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 21, 2005.

Decided Nov. 1, 2005.

Carl E. Rostad, USGF—Office of the
U.S. Attorney, Great Falls, MT, for Plaintiff—Appellee.

David F. Ness, FDMT—Federal Defenders of Montana, Great Falls, MT, for
Defendant—Appellant.

Before B. FLETCHER and
McKEOWN, Circuit Judges, and KING,*
Senior Judge.

MEMORANDUM**

We have jurisdiction pursuant to 18
U.S.C. § 3742(a). In light of the record
and the advisory nature of the Sentencing
Guidelines, we hold that insufficient consideration was given to the factors listed
under 18 U.S.C. § 3553(a) and that the six
month sentence of incarceration was unreasonable. *See United States v. Booker,*

—— U.S. ——, 125 S.Ct. 738, 765–67, 160
L.Ed.2d 621 (2005).

We remand for entry of a sentence of
incarceration for time served. All other
aspects of the sentence remain intact.

**SENTENCE VACATED IN PART and
REMANDED**

---

* The Honorable Samuel P. King, Senior United
States District Judge for the District of Hawaii, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

